UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LUTHER C. PARENTE, et al<br>    Plaintiffs,<br><br>v.<br><br>ASHBEL T. WALL, et al.,<br>    Defendants. | )<br>)<br>)<br>)<br>)   C.A. No. 16-cv-055-JJM-PAS<br>)<br>)<br>)<br>) |

## ORDER

Plaintiff Luther C. Parente's Motion to Strike Objections and Compel Responses (ECF No. 95) is GRANTED IN PART and DENIED IN PART as follows:

1. <u>Requests Nos. 8 and 18 to Defendants Matthew Kettle and Nelson Lefebvre</u>:

Plaintiffs seek information about any prior work-related litigation involving these two Defendants. Such information is potentially relevant and therefore discoverable and must be produced. The objections are overruled.

2. <u>Request No. 8 to Defendant State of Rhode Island, Department of Corrections</u>:

The Defendant agreed (ECF No. 96 at 9) to produce the requested documents and therefore they must be produced. The objections are overruled.

3. <u>Requests Nos. 10 and 11 to Defendant State of Rhode Island, Department of Corrections</u>:

The requests are overly broad and therefore the objections are sustained.

4. <u>Request No. 15 to Defendant State of Rhode Island, Department of Corrections</u>:

To the extent that "specific medical policies" exist, they should be produced. The objections are overruled.

5. <u>Request No. 16 to Defendant State of Rhode Island, Department of Corrections</u>:

To the extent the request seeks information concerning prior work-related litigation involving the Defendants, such information is potentially relevant and therefore discoverable and must be produced. The objections are overruled.

6. <u>Requests Nos. 24 and 25 to Defendant State of Rhode Island Department of Corrections</u>:

To the extent the request seeks information concerning complaints relating to the Defendants' work-related conduct lodged with various regulatory agencies against the Defendants, they should be produced. The objection is overruled.

The Plaintiffs requests for attorney's fees and costs are denied.

IT IS SO ORDERED.

_____
John J. McConnell, Jr.
United States District Judge

October 18, 2017