## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LUTHER C. PARENTE and | : | |
| ERIC L. STEWART, | : | |
|     Plaintiffs | : | |
| | : | |
| v. | : | C.A. No. 16-CV-00055-M-PAS |
| | : | |
| ASHBEL T. WALL, alias, individually and in his | : | |
| official capacity as director of the Rhode Island | : | |
| Department of Corrections, et. al., | : | |
|     Defendants | : | |

### ORDER ON THE STATE DEFENDANTS' MOTION FOR RELIEF
### IN THE FORM OF CLARIFICATION AND/OR RECONSIDERATION

This civil action came before the Honorable Court, Judge John J. McConnell, Jr., on November 20, 2017 via telephone conference on the State Defendants' Motion for Relief in the Form of Clarification and/or Reconsideration (Docket No. 100), and after hearing thereon and consideration thereof, it is hereby:

### ORDERED, ADJUDGED AND DECREED

1. Defendants will produce a list of the name, court and case number of all cases located by the Department of Corrections ("DOC") and the Attorney General as set forth in the Affidavits of Attorneys Baum and Grant;

2. Defendants will produce a list of the name, court and case number of all cases against any defendant named in this civil action, excluding Defendants DOC and Wall;

3. Defendants will produce a list of the name, court and case number of all "medical rights" cases (this includes, 8th Amendment, medical negligence, and any other claims regarding alleged deficient, denial or limitation of medical care or treatment), if any, against any defendant named in this civil action;

4. Defendants will produce a list of the name and type of matter against any DOC employee before the Department of Health and the Human Rights Commission from 2013 to present.

5. No documents or information will be produced from United States of America v. State of Rhode Island Department of Corrections et al., 1:14-cv-00078-S;

6. Defendants will make this production on or before December 27, 2017;

7. The Plaintiffs may request that the Defendants produce or provide such additional information as it relates to the cases and information disclosed in accordance with the Rules of Civil Procedure and the Defendants reserve the right to object to any such request; and,

8. This Order is without prejudice to the parties to seek other and further relief.

This Order is presented by:

| /s/ Thomas A. Palombo | /s/ Richard A. Sinapi |
|---|---|
| Thomas A. Palombo, Bar No. 4212 | Richard A. Sinapi, Esq., Bar No. 2977 |
| Adam J. Sholes, Bar. No. 7204 | Anthony E. Sinapi, Esq., BBO No. 694350 |
| Assistant Attorneys General | 2374 Post Road, Suite 201 |
| 150 South Main Street | Warwick, RI 02886 |
| Providence, RI 02903 | Phone: (401) 739-9690 |
| Tel: (401) 274-4400, Extension 2296/2219 | Fax (401) 739-9040 |
| Fax: (401) 222-3016 | ras@sinapilaw.com |
| tpalombo@riag.ri.gov | aes@sinapilaw.com |
| ajsholes@riag.ri.gov | |

IT IS SO ORDERED.

_____
John J. McConnell, Jr.
United States District Judge